# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

February 27, 2023

**BY ECF**

The Honorable Christian F. Hummel
United States Magistrate Judge
Northern District of New York

Re:     *Doe et al., v. NYS OCFS, et al.*, 20 CV 1195 (BKS) (CFH)

Dear Judge Hummel:

    I represent the plaintiffs in this action. I join the defendants' request to extend discovery by sixty (60) days. I have been involved in a complex criminal matter in the EDTX.

    Thank you.

Respectfully,

Vik Pawar (VP9101)

1