# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

May 3, 2023

**BY ECF**
The Honorable Christian F. Hummel
Northern District of New York

Re:     *Doe et al., v. NYS OCFS, et al.*, 20 CV 1195 (BKS) (CFH)

Dear Judge Hummel:

I represent the plaintiffs in this action. I write in response to defense counsel's letter to the Court.

First, plaintiffs do not have any additonal records or information to provide to the defendants. All records are in the custody, control and possession of the defendants or the respective state agencies. So, to suggest that plaintiffs are witholding discovery is misleading.

Second, plaintiffs' depositions were conducted in the parallel Court of Claims action and those transcripts were sent to defense counsel in this case. I informed him to review them and to notice plaintiffs' deposition, if he was so inclined. I even agreed to consent to an extension of the discovery deadline.

Third, at the request of the parties, the Court referred this mattter to former judge Randy Treece for mediation. The case lingered there for several months and defendants refused to engage in a mediation despite having in their possession sworn testimonies of the two plainiffs.

It is unfair to blame plaintiffs for defendants' lack of progress in discovery. Plaintiffs are prepare to move forward with trial. Defendants are not. The fault does not lie with the plaintiffs and pointing fingers accomplishes very little.

1

Thank you.

                                              Respectfully,

                                              /s
                                              Vik Pawar (VP9101)

Cc:    Mr. Peter McDaniel, Esq.
       AAG