# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

May 17, 2023

**BY ECF**
The Honorable Christian F. Hummel
United States Magistrate Judge
Northern District of New York

Re:    *Doe et al., v. NYS OCFS, et al.*, 20 CV 1195 (BKS) (CFH)

Dear Judge Hummel:

    I respectfully request an adjournment of today's conference. For the last 12 hours I have been experiencing extremely high fever. I emailed Mr. McDaniel the assigned AAG just after midnight to inform me about my health. I also just left a voicemail message with Your Honor's courtroom deputy.

    I truly apologize for this last minute request. I am available on May 23 and 24 or June 5 and 6. Or the parties can discuss and provide several other dates to the Court.

    Thank you.

                                                            Respectfully,

                                                            /s
                                                            Vik Pawar (VP9101)